UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-mj-02210-Reid

UNITED STATES OF AMERICA

vs.

JOSE CARLOS RAMIREZ-LOPEZ,
DANIEL RODRIGUEZ-VINALAI,
CRISTIAN ANCHUNDIA-BRAVO,
LESTER DANIEL POVEDA-EROZO,
WILTER FREDDY MEJIA-PAMEZO,
  a/k/a WILTER MEJIA FREDDY PAMEZO,
IVAN CASTANEDA-RAMIREZ,
ALBERTO TUMBACO-GOMEZ,
LUIS ALBERTO CASTANEDA-RAMIREZ,
GREGORIO MANUEL AMCHUMOLIA-MOLINA, and
KLEBER LEONARDO DELGADO-MERO,

   **Defendants,**
_____/



FILED BY YH D.C.

Jan 31, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

4. Did this matter involve the participation of or consultation now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

Respectfully submitted,

HAYDEN P. BYRNE
UNITED STATES ATTORNEY

By: /s/ Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Fla Bar No. 794686
99 N.E. 4th Street
Miami, Florida 33132
305.961.9014
Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>Jose Carlos Ramirez-Lopez, Daniel Rodriguez-Vinalai, Cristian Anchundia-Bravo, Lester Daniel Poveda-Erozo, Wilter Freddy Mejia-Pamezo, a/k/a Wilter Mejia Freddy Pamezo, Ivan Castaneda-Ramirez, Alberto Tumbaco-Gomez, Luis Alberto Castaneda-Ramirez, Gregorio Manuel Amchumolia-Molina, and Kleber Leonardo Delgado-Mero,<br>*Defendants.* | Case No. 1:25-mj-02210-Reid |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about December 23, 2025, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert W. Lukens, Special Agent-DEA
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime.

_____
*Judge's signature*

Date: 1/31/2025

City and state:   Miami, Florida

Honorable Lisette M. Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert W. Lukens, being duly sworn, hereby depose and state the following:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2002. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against JOSE CARLOS RAMIREZ-LOPEZ, DANIEL RODRIGUEZ-VINALAI, CRISTIAN ANCHUNDIA-BRAVO, LESTER DANIEL POVEDA-EROZO, WILTER FREDDY MEJIA-PAMEZO, IVAN CASTANEDA-RAMIREZ, ALBERTO TUMBACO-GOMEZ, LUIS ALBERTO CASTANEDA-RAMIREZ, GREGORIO MANUEL AMCHUMOLIA-MOLINA, and KLEBER LEONARDO DELGADO-MERO for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about January 23, 2025, an unmanned aircraft detected a Go-Fast Vessel (GFV) approximately 355 nautical miles southwest of Chula, Mexico, in international waters and upon the high seas. The GFV had multiple individuals on board, three (3) outboard engines, packages on deck, was in a known drug trafficking area, and displayed no indicia of nationality.

4. United States Coast Guard ("USCG") Cutter WAESCHE, which was in the area, was diverted to interdict and investigate. United States Coast Guard District 11 assumed tactical control over the WAESCHE and granted a Statement of No Objection for a Right of Visit boarding to stop a non-compliant vessel, including warning shots and disabling fire, on a profile GFV, reasonably suspected of drug smuggling, displaying no indicia of nationality, and located in international waters.

5. The WAESCHE launched an Over the Horizon ("OTH") small boat, a long range interceptor and a helicopter to interdict and investigate. The USCG helicopter crew signaled the GFV to stop. The GFV refused to stop and gave chase. The helicopter crew then employed warning shots, which were ineffective. The GFV's crew then began to jettison bales and items into the water. The helicopter crew employed disabling fire which were effective. The GFV became dead in the water.

6. The USCG boarding team gained positive control of the GFV which had ten (10) individuals on board who identified themselves as JOSE CARLOS RAMIREZ-LOPEZ, DANIEL RODRIGUEZ-VINALAI, CRISTIAN ANCHUNDIA-BRAVO, LESTER DANIEL POVEDA-EROZO, WILTER FREDDY MEJIA-PAMEZO, IVAN CASTANEDA-RAMIREZ, ALBERTO TUMBACO-GOMEZ, LUIS ALBERTO CASTANEDA-RAMIREZ, GREGORIO MANUEL AMCHUMOLIA-MOLINA, and KLEBER LEONARDO DELGADO-MERO.

7. The GFV was not flying a flag, did not have any registration documents on board

or registration number on the hull, nor did it display any indicia of nationality. During the Right of Visit questioning, all ten individuals refused to identify themselves as the master or individual in charge or make a claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

8. The boarding team recovered a total of seventy-four (74) bales. USCG conducted two (2) field tests on the contents of the bales which field tested positive for cocaine. The approximate at sea weight of the cocaine was 2, 920 kilograms.

9. Based on the foregoing facts, I submit that probable cause to believe that JOSE CARLOS RAMIREZ-LOPEZ, DANIEL RODRIGUEZ-VINALAI, CRISTIAN ANCHUNDIA-BRAVO, LESTER DANIEL POVEDA-EROZO, WILTER FREDDY MEJIA-PAMEZO, IVAN CASTANEDA-RAMIREZ, ALBERTO TUMBACO-GOMEZ, LUIS ALBERTO CASTANEDA-RAMIREZ, GREGORIO MANUEL AMCHUMOLIA-MOLINA, and KLEBER LEONARDO DELGADO-MERO conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER FFIANT SAYETH NAUGHT. AUGHT.

_____
ROBERT W. LUKENS
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1
by FaceTime this  31st    day of January, 2025.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

3